Per
 
 curiam,
 

 after argument.
 

 Johnston, Judge
 

 The act
 
 *130
 
 giving escheat lands to the University, meant to substitute the University in the place of the pubiic, in regard to all such real property as fell to the state for want of heiis capable to take.-~ I therefore think the University are entitled. But they take the lands and lot, subject to the burthe'n of paying the money now due for it.
 

 fuere,
 
 of the obligation upon the University; for he did not state any known principle nor cite any authority to shew that the debt did not descend as usual upon the heirs and executors of the purchaser ; nor any principle from whence it could be de» duced that lands should become liable to a specific lien which were not so at the death of the testator or purchaser.